**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SHIRLEY J. BELL**                                                                                  **PLAINTIFF**

**v.**                       **CASE NO. 5:10CV00101 BSM**

**PFIZER INC.;
WYETH LLC;
SCHWARZ PHARMA, INC.;
PLIVA USA, INC.; and
ALAVEN PHARMACEUTICAL LLC**                      **DEFENDANTS**

## ORDER

As noted by the text order filed on April 28, 2011, plaintiff Shirley J. Bell's motion to quash defendant Pliva USA's subpoenas to various medical providers and motion for a protective order [Doc. Nos. 49, 51] are denied.

Bell and her medical providers are hereby reminded that text-only entries filed via the CM/ECF system are valid orders of the court. *See* General Order 53; CM/ECF Administrative Policies and Procedures Manual, Revised January 18, 2011, at III.E.4. Future failures to comply with such orders may give rise to a finding of contempt.

IT IS SO ORDERED this 19th day of May, 2011.

                                                                          _____
                                                                       UNITED STATES DISTRICT JUDGE