IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHIRLEY J. BELL**                                                                                          **PLAINTIFF**

v.                                      **CASE NO. 5:10CV00101 BSM**

**PLIVA, INC.**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 16th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE